

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **SEALED** |
| Plaintiff, ) | |
| v. ) | CRIMINAL NO. 22-3 0029 |
| NICHOLAS GAVIN, ) | VIO: 21 U.S.C. § 841(a)(1), (b)(1)(A) |
| ) | 18 U.S.C. § 924(c) |
| Defendant. ) | 18 U.S.C. § 922(g) |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Possession with Intent to Distribute 50 Grams or More of Methamphetamine (Actual))

On or about April 27, 2022, in Adams County, in the Central District of Illinois, the defendant herein,

**NICHOLAS GAVIN**,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT TWO
(Possessing a Firearm During and in Relation to a Drug Trafficking Crime)

On or about April 27, 2022, in Adams County, in the Central District of Illinois, the defendant herein,

**NICHOLAS GAVIN**,

did knowingly possess a firearm, being a Glock 9mm handgun bearing serial number BNML106, in furtherance of a drug trafficking crime as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

On or about April 27, 2022, in Adams County, in the Central District of Illinois, the defendant herein,

**NICHOLAS GAVIN**,

knowing he was a person who has been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, being a Glock 9mm handgun bearing serial number BNML106.

All in violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts Two and Three are hereby incorporated as though fully set forth herein for the purposes of charging criminal forfeiture to the United States of America pursuant to Title 18, United States Code, Section 924(d). As a result of committing an offense or offenses in violation of Title 18, United States Code, Sections 922(g) and/or 924(c), as charged herein, the defendant, **NICHOLAS GAVIN**, shall forfeit to the United States all firearms and ammunition involved in the particular aforesaid offenses as set forth in Counts Two and Three above, including but not limited to:

1) a Glock 9mm handgun bearing serial number BNML106 and 14 rounds of 9mm ammunition.

A TRUE BILL,

s/Foreperson
FOREPERSON

For s/Douglas J. Quivey
GREGORY K. HARRIS
UNITED STATES ATTORNEY
MZW